UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

RE: MICHAEL EDWARD HALBLEIB    CASE NO:17-32912
     RACHEL LYNN HALBLEIB

## MOTION TO REOPEN CASE

Come the Debtors, by counsel, and move to reopen the within case to allow debtors to file an amendment to schedules.

_____
JAN C. MORRIS
125 S. 6th Street #300
Louisville, Kentucky 40202-2782
(502) 587-7000

## CERTIFICATE

I hereby certify that a true copy of the foregoing was sent electronically to WILLIAM S. REISZ, Trustee on the __11__ day of __Jun_____ 2019.

_____
JAN C. MORRIS