## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

**RE: MICHAEL EDWARD HALBLEIB**          **CASE NO:17-32912**
**RACHEL LYNN HALBLEIB**

## ORDER

Motion having been made and the Court being sufficiently advised, IT IS HEREBY ORDERED that this case is reopened in order for debtosr to file an amendment to schedules.

TENDERED BY

JAN C. MORRIS
125 S. 6TH STREET #300
LOUISVILLE, KY 40202-2782
(502) 587-7000